IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3132 |
| vs. | |
| FRANK L. TONINI, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court upon the plaintiff's Motion for Final Order of Forfeiture (filing 43). On April 26, 2016, the Court entered a Preliminary Order of Forfeiture (filing 29) pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in the following properties were forfeited to the United States:

1. Dell computer model XPS400, serial number 5JX2HB 1
2. Kyocera phone
3. Samsung hard drive, serial number 5246J9FC42631
4. Samsung hard drive, serial number 509QJHL706800

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 27, 2016, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 42) was filed on July 5, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

- 2 -

1. The plaintiff's Motion for Final Order of Forfeiture (filing 43) is granted.

2. All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    a. Dell computer model XPS400, serial number 5JX2HB 1
    b. Kyocera phone
    c. Samsung hard drive, serial number 5246J9FC42631
    d. Samsung hard drive, serial number 509QJHL706800

3. The properties described above are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 22nd day of March, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -